UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON G. BRANDON,

        Petitioner,

v.

PATRICK GLEBE,

        Respondent.

CASE NO. C14-6005BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) This petition is transferred to the Ninth Circuit pursuant to the Ninth Circuit Rule 22-3(a) as a second or successive petition; and

(3) This case is closed.

Dated this 6th day of February, 2015.

                            BENJAMIN H. SETTLE
                            United States District Judge